■ ALBERT J. VARACCHI et al., Respondents, v BOARD OF TRUSTEES, STATE UNIVERSITY OF NEW YORK et al., Appellants.—Cross appeals from an order of the Supreme Court at Special Term, entered January 23, 1978 in Albany County, which (1) stayed determination of defendants' motion for summary judgment pending completion of discovery proceedings, and (2) granted in part plaintiffs' application for discovery and denied the remaining portions. Order affirmed, with costs, on the opinion of Williams, J., at Special Term. Greenblott, J. P., Sweeney, Staley, Jr., Main and Mikoll, JJ., concur.